No. D–1918. IN RE DISBARMENT OF BOULDIN. Jay William Bouldin, of Jonesboro, Ga., is suspended from the practice of law

in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.